IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-00037-TUC-CKJ(HCE) |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| JOSE LOPEZ-CORTEZ, | |
| Defendant. | |

On July 10, 2008 counsel for the Government Ms. Claire Lefkowitz and counsel for Defendant, Ms. Deirdre Mokos appeared for a status hearing regarding Defendant's competency to stand trial. Counsel stipulated to submission of the Forensic Report dated July 8, 2008 and findings authored by Ms. Lea Ann Preston, Ph.D. Clinical Psychologist and Ms. Laura Howe-Martin, M.S. Psychology Intern of U.S. Medical Center For Federal Prisoners-Springfield, Missouri.

Upon review of the report and there being no objection by either counsel, the Magistrate Judge RECOMMENDS that the District Court, after its independent review, find by a preponderance of the evidence that Defendant is: presently suffering from a mental disease or defect rendering him mentally incompetent; is unable to understand the nature and consequences of the proceedings against him; and is unable to assist properly in his defense.

1   Consequently, Defendant is incompetent to stand trial or enter into a plea agreement.
2   Defendant's case is presently set for trial before the Honorable Cindy K. Jorgenson on
3   Tuesday, September 16, 2008 at 9:30 a.m.  The plea deadline is Friday, August 29, 2008 no
4   later than 3:00 p.m.
5   DATED this 16th day of July, 2008.

_____
Héctor C. Estrada
United States Magistrate Judge