IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>           Plaintiff,                              )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>JOSE LOPEZ CORTEZ,                  )<br>                                                          )<br>           Defendant.                          )<br>_____)  | No. CR 08-037-TUC-CKJ<br>**ORDER** |

On or about July 17, 2008, Magistrate Judge Hector C. Estrada issued a Report and Recommendation [Doc. # 21] in which he stated that counsel had stipulated to the submission of the Forensic Report dated July 8, 2008, and findings authored by Ms. Lea Ann Preston, Ph.D., clinical psychologist, and Ms. Laura Howe-Martin, M.S., psychology intern of the U.S. Medical Center for Federal Prisoners – Springfield, Missouri.  The magistrate judge recommended the Court find by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent, Defendant is unable to understand the nature and consequences of the proceedings against him, and Defendant is unable to assist properly in his defense.  The magistrate judge also recommended the Court find Defendant is incompetent to stand trial or enter into a plea agreement.  After an independent review, the Court adopts the foregoing findings. Further, the Court finds that Defendant cannot be restored to competency.

Accordingly, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 21] is ADOPTED;

1  2.  The status conference scheduled before Judge Estrada is confirmed for August
2      15, 2008, at 9:10 a.m.
3  DATED this 24th day of July, 2008.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge